**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-01129-MSK-CBS

ROBERT DAVIS,

    Plaintiff,

v.

PAGOSA BATHS, INC. a Colorado corporation,
doing business as THE SPRINGS INN RESORT

    Defendant.

_____

**ORDER DENYING PLAINTIFF'S UNOPPOSED MOTION TO DISMISS**
**NEGLIGENCE CLAIM AND GRANTING MOTION TO AMEND**
_____

**THIS MATTER** having come before the Court upon Plaintiff's Unopposed Motion to Dismiss Negligence Claim Without Prejudice, and the Court having reviewed said Motion and otherwise being fully advised in the premises, **HEREBY ORDERS** that Plaintiff's Motion is **DENIED**. No order of dismissal is necessary or appropriate where the parties agree to the dismissal of a single claim for relief among many that remain. Rather, the Court will treat the motion as a Motion for Leave to Amend the Complaint to omit the negligence claim, and will

grant that motion. The Plaintiff's Complaint is **DEEMED AMENDED** to omit a claim for common-law negligence. The Defendant's Answer shall be deemed an Answer to the Amended Complaint.

Dated this 2d day of August, 2005

BY THE COURT:

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge