IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01129-MSK-CBS

ROBERT DAVIS,

            Plaintiff,

v.

PAGOSA BATHS, INC., a Colorado corporation,
d/b/a THE SPRINGS INN RESTORT,

            Defendant.

_____

## ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE
_____

      **THIS MATTER**, coming before the the Court on the Stipulation for Dismissal with Prejudice (**#18**), hereby

      **ORDERS** that plaintiff's Complaint be dismissed with prejudice, each party to pay his or its own attorney fees and costs. The clerk shall close the file.

      DATED this 10th day of March 2006.

                  **BY THE COURT:**

                  *Marcia S. Krieger*
                  _____

                  Marcia S. Krieger
                  United States District Judge